

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  CHRISTOPHER E. LIN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-3663
   christopher.lin@usdoj.gov
6
   *Attorneys for the United States of America*
7

FILED

2019 OCT 24  AM 9: 23

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS EDDARDS, and<br>JUSTIN CHESTER,<br><br>Defendant. | Magistrate No.   2:19-mj-00801-VCF<br><br>**In the Matter of the Government's *Ex Parte* Request to Seal the Complaint**<br><br>**(Under Seal)** |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Christopher E. Lin, Assistant United States Attorney, respectfully move this Honorable Court for an Order sealing the Affidavit, this Application, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise. In support of this Application, the government submits as follows.

According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of a warrant may have an adverse result. The facts and

1   events giving rise to the above-captioned Complaint remain under investigation and the

2   defendants named and charged therein have not been arrested.  Accordingly, the government

3   seeks a sealing order to prevent information about the allegations against this defendant,

4   including this request, from entering the public domain before the defendants have been arrested.

5   Sealing this information will help to ensure the integrity of the investigation and enhance officer

6   safety by preventing the defendant, or those associated with him, from using this information to

7   evade arrest, flee the jurisdiction, conceal or destroy evidence, tamper with witnesses, or prevent

8   or otherwise obstruct law enforcement officers from executing their lawful duties before such

9   time as the defendant is arrested and officers can secure evidence, gather evidence incident to the

10  arrest, and otherwise notify witnesses of the arrests.  The sealing is temporal in nature inasmuch

11  as it seeks to maintain the information under seal only until such time as the arrest is effected or

12  unless and until the Court orders otherwise.

13          **WHEREFORE**, the government respectfully requests the Court grant this Application

14  and enter an Order sealing the Affidavit, this Application and the Court's Sealing Order in the

15  above-captioned matter until such time as the last defendant has been arrested, or unless and until

16  such time as the Court Orders otherwise.

17          DATED this 23rd day of October, 2019.

18                                          Respectfully submitted,

19                                          NICHOLAS A. TRUTANICH
                                            United States Attorney
20

21

22          CHRISTOPHER E. LIN
            Assistant United States Attorney

23

24

                                            2

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

FILED
2019 OCT 24  AM 9:23
U.S. MAGISTRATE JU

2

3    UNITED STATES OF AMERICA,      **Magistrate No** 2:19-mj-00801-VCF

4                    Plaintiff,       ORDER TO SEAL

5          vs.                        **(Under Seal)**

6    NICHOLAS EDDARDS, and
     JUSTIN CHESTER,

7

8                    Defendant.

9          Based on the pending Application of the Government, and good cause appearing

10   therefore, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and

11   this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of

12   the Court.

13         DATED this 24 day of October, 2019.

14

15

16                                        HONORABLE CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

3