# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00289-JAD-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | [Docket No. 100] |
| JUSTIN CHESTER, | |
| Defendant. | |

Pending before the Court is Defendant's motion to substitute appointed counsel. Docket No. 100.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for July 11, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and all counsel must be present in the courtroom.

IT IS SO ORDERED.

DATED: June 28, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE