Prob12B
D/NV Form
Rev. June 2014

## United States District Court
### for
### the District of Nevada

---

### REQUEST FOR MODIFICATION
### TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 2, 2024**

---

Name of Offender: **Justin Chester**

Case Number:  **2:19CR00289**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **April 3, 2023**

Original Offense: **Conspiracy to Distribute a Controlled Substance – Methamphetamine and Felon in Possession of a Firearm**

Original Sentence: **78 Months prison, followed by 60 Months TSR.**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

---

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

---

### CAUSE

On April 3, 2023, Your Honor sentenced Mr. Chester to 78 months imprisonment, followed by 5 years of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance – Methamphetamine and Felon in Possession of a Firearm. Currently, Mr. Chester is still in custody of the Bureau of Prisons (BOP). His release date is set for July 5, 2025.

On January 30, 2024, Mr. Chester's BOP Case Manager advised the probation office he does not have an approved release plan to the District of Nevada. At this time, he is set to be released homeless. To give Mr. Chester the best chance of success after his release from BOP, the probation office is proposing to modify his conditions of supervised release to reflect up to 90

**RE: Justin Chester**

Prob12B
D/NV Form
Rev. June 2014

days at the Residential Reentry Center in Las Vegas, NV. Mr. Chester is in agreement of the proposed plan, as evidenced by the attached signed waiver.

Should Your Honor have any questions regarding the requested modification, please contact the undersigned officer at Zachary_warner@nvp.uscourts.gov or 702-378-0704.

Respectfully submitted,



Digitally signed by
Zack Warner
Date: 2024.04.02
12:59:48 -07'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve
Goldner
Date: 2024.04.02 12:44:30
-07'00'

Steve M Goldner
Supervisory United States Probation Officer

## THE COURT ORDERS

☐    No Action.

☐    The extension of supervision as noted above.

XX    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2024