# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JUSTIN CHESTER,<br><br>　　　Defendant(s). | Case No. 2:19-cr-00289-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 139] |

Pending before the Court is Defendant's motion for the Court to send him orders and docketed filings. Docket No. 139. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court does not generally provide copies of filed documents or earlier orders, even for indigent litigants. Instead, copies may be obtained from the Clerk's Office pursuant to the statutory fee structure. *See* Local Rule IC 1-1(i)(5); *see also* 28 U.S.C. § 1914. Accordingly, the Court **DENIES** the motion for copies.

If Defendant seeks copies, Defendant must submit a "Copy and Service Request" form to the Clerk's Office and Defendant must pay the required fees. The Clerk's Office is **INSTRUCTED** to send Defendant a courtesy copy of the "Copy and Service Request" form at the Adelanto return address provided with his motion. *See* Docket No. 139 at 2.

IT IS SO ORDERED.

Dated: December 31, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1