**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00289-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JUSTIN CHESTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 16, 2026 at 11:00 a.m., be vacated and continued to August 17, 2026, at the hour of 3:30 p.m.

DATED this 8th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3