**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTIN CHESTER,<br>Defendant. | Case No. 2:19-cr-00289-JAD-NJK<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 17, 2026 at 3:30 p.m., be vacated and continued to September 14, 2026, at the hour of 11:30 a.m.

DATED this 13th day of August, 2026.

______________________________
UNITED STATES DISTRICT JUDGE