**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN CHESTER,

Defendant.

Case No. 2:19-cr-00289-JAD-NJK

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 14, 2026 at 11:00 a.m., be vacated and continued to October 14, 2026, at the hour of 10:00 a.m.

DATED this 10th day of September, 2026.

______________________________
UNITED STATES DISTRICT JUDGE